**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 06-7894

———————————

WAYNE E. JACKSON-EL,

Plaintiff - Appellant,

versus

FEDERAL BUREAU OF INVESTIGATION,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(1:06-cv-02215-WDQ)

———————————

Submitted:  March 22, 2007          Decided:  March 29, 2007

———————————

Before WIDENER and WILKINSON, Circuit Judges, HAMILTON, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Wayne E. Jackson-El, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne E. Jackson-El appeals the district court's order summarily dismissing his complaint. We agree with the district court that Jackson-El's complaint is indecipherable and fails to state a claim. Accordingly, we dismiss the appeal as frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED